examination granted, in accordance with decision in this matter, decided herewith. (*Matter of Packer* v. *Hart, ante,* p. 926.) One bill of costs only in this court for the two appeals. (*Woodworth* v. *Brooklyn Elevated R. R. Co.,* 29 App. Div. 1, 3.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

MARY E. KENNY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

LESTER LEONARD, by ADA LEONARD, His Guardian ad Litem, Respondent, v. THE CITY OF POUGHKEEPSIE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MARY McNEVIN, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ.

JOSEPH NAUGHTON, Appellant, v. FERDINAND REINEKING REALTY COMPANY, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. MARIE TUR and Others, Defendants, Impleaded with BERNARD DAVIS, Appellant. WILLIAM WILLS, as Receiver, Respondent.— One of the counsel upon the argument having stated that the affidavit made by Isaac Purdy, and verified on September 25, 1918, he having since died, was submitted to the court at Special Term upon this motion, and the order appealed from failing to recite that affidavit, we remit the matter to the justice who made the order for resettlement of the same, so as to show that that affidavit was read upon the motion, if he shall so find, and the further determination of the appeal will await his disposition. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concurred.

LILLIAN I. PURCELL, as Administratrix, etc., of JOHN A. PURCELL, Deceased, Respondent, v. FREDERICK W. VAN COTT, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. BOYLE, Appellant, v. JACOB LIVINGSTON, as Chairman of the Republican Executive Committee of Kings County, Respondent.— Reargument ordered upon the question of the validity of the proxies, and case set down for Friday, May 23, 1919. Mills, Rich, Blackmar and Jaycox, JJ., concurred; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD W. CURTISS, Appellant, v. JOHN HAYES, Warden of the City Prison, Borough of Brooklyn, City of New York, County of Kings, State of New York, Respondent.— Order affirmed. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants, v. Hon. WILLIAM A. SAWYER, Surrogate of Westchester County, and Others, Respondents.